FILED
CLERK, U.S. DISTRICT COURT

2/16/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LUNSFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>MIKES AUTO WRECKING, et al.,<br><br>        Defendants. | NO. CV 17-2539 FMO (SKx)<br><br>**AMENDED ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **90 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 16th day of February, 2018.

                                                                                   /s/
                                                          Fernando M. Olguin
                                                     United States District Judge